1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NICOLE JOHNSON,
                    Plaintiff,

          v.

SEATTLE UNIVERSITY,
                    Defendant.

CASE NO. 2:23-cv-00091-JHC

ORDER

        This matter comes before the Court *sua sponte*.  Defendant's motion to dismiss is currently noted for March 24, 2023.  Dkt. # 5.  However, also pending is Plaintiff's application for court-appointed counsel, which is noted for April 7, 2023.  Thus, in the interest of justice, the Court directs the Clerk to re-note the motion to dismiss for Friday, April 28, 2023.

        Dated this 20th day of March, 2023.

John H. Chun
United States District Judge

ORDER - 1