UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLE JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SEATTLE UNIVERSITY,<br><br>　　　　　　Defendant. | CASE NO. 2:23-cv-00091-JHC<br><br>ORDER REFERRING CASE TO PRO BONO COMMITTEE |

　　This matter comes before the Court on Plaintiff's Application for Court-Appointed Counsel. Dkt. # 10. Plaintiff is currently proceeding pro se. The Court has considered the Application, Defendant's response thereto, and Plaintiff's reply.

　　Plaintiff initiated this action in King County Superior Court. Dkt. # 1. Defendant removed the matter to this Court in January of this year. *Id.* The same month, Defendant moved to dismiss the action for failure to state a claim. Dkt. # 5. That motion was re-noted by the Court for Friday, April 28, 2023. Dkt. # 12. (Below, the Court again re-notes the motion to dismiss.)

　　This District has implemented a plan for court-appointed representation of civil rights litigants. The plan currently in effect requires the Court to assess a plaintiff's case before

ORDER REFERRING CASE TO PRO BONO COMMITTEE - 1

forwarding it to a *pro bono* screening committee for further review and a possible appointment of *pro bono* counsel. *See* General Order No. 16-20, Section 3(c) (Dec. 8, 2020). The Court assesses the plaintiff's case to determine that it is not frivolous and that the plaintiff is financially eligible. *Id.* Plaintiff's submissions satisfy the Court that there is an adequate basis to refer this case to the Screening Committee.

Under Section 3(c) of the District's *pro bono* plan, the Court DIRECTS the Clerk of the Court to forward the operative complaint (Dkt. # 1-1), the motion to appoint counsel (Dkt. # 10), and the pleadings and documents filed to date to the Screening Committee. *See* General Order No. 16-20, Section 3(c). The Court ORDERS the Screening Committee to review the case and make a recommendation to the Court in accordance with the *pro bono* plan and the rules for the *pro bono* panel on or before May 5, 2023. *See id.*, Section 3(f). The Clerk shall RENOTE Plaintiff's motion to appoint counsel (Dkt. # 10) for May 5, 2023, pending the Screening Committee's recommendation as to whether the Court should appoint counsel. *See id.* The Clerk shall RENOTE Defendant's motion to dismiss (Dkt. # 5) for May 26, 2023.

Dated this 4th day of April, 2023.

John H. Chun
United States District Judge