UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLE JOHNSON,<br><br>               Plaintiff,<br><br>   v.<br><br>SEATTLE UNIVERSITY,<br><br>               Defendant. | CASE NO. 2:23-cv-91<br><br>ORDER REGARDING 28 U.S.C. § 455 AND CANON 3 OF THE CODE OF CONDUCT FOR UNITED STATES JUDGES |

The Court issues this Order to comply with 28 U.S.C. § 455 and Canon 3 of the Code of Conduct for United States Judges.

28 U.S.C. § 455 and Canon 3 of the Code of Conduct for United States Judges direct a judge to disqualify themselves in various circumstances. Although none of the examples provided in 28 U.S.C. § 455 and Canon 3 apply to the undersigned judge relating to this case, the Court makes the following disclosure to allow the parties an opportunity to alert the Court if any party believes there is a basis for the undersigned's disqualification.

Seattle University will host the undersigned judge's ceremonial investiture, but he has neither solicited nor received funding from the school for the event.

The Court directs any party who believes there is a basis for the undersigned judge's disqualification under applicable law to file an appropriate motion with the Court by May 25, 2023.

The Court directs the Clerk to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at their last known address.

Dated this 11th day of May, 2023.

Jamal N. Whitehead
United States District Judge