UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLE JOHNSON, | CASE NO. 2:23-cv-91 |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| SEATTLE UNIVERSITY, | |
| Defendant. | |

This matter comes before the Court on Plaintiff Nicole Johnson's notice of pendency of another action in King County Superior Court. Dkt. No. 28. Plaintiff states the case *Johnson v. Rankin*, No. 21-2-15408-1 (Wash. Sup. Ct. Nov. 19. 2021) is related to this case under Local Civil Rule 3(h). The Court questions whether this allegedly related case triggers any abstention principles requiring the Court to stay or remand this case to state court.

Accordingly, the Court ORDERS Defendant Seattle University to show cause, in writing, by June 14, 2023, why this case should continue irrespective of the state court action between Plaintiff and Sara Rankin. Defendant's response must not exceed five pages. Plaintiff may file a reply, not to exceed three pages, by June 19, 2023.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at that party's last known address.

ORDER TO SHOW CAUSE - 1

Dated this 31st day of May, 2023.

_____
Jamal N. Whitehead
United States District Judge

ORDER TO SHOW CAUSE - 2