UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLE JOHNSON,<br><br>               Plaintiff,<br><br>   v.<br><br>SEATTLE UNIVERSITY,<br><br>               Defendant. | CASE NO. 2:23-cv-91<br><br>ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE |

The Court directed Defendant Seattle University to respond to its order to show cause by June 14, 2023. Dkt. No. 29. The Court also ordered Plaintiff Nicole Johnson to reply no later than June 19, 2023. *Id.* Plaintiff moved to extend the deadline for her reply on June 12, 2023. Dkt. No. 32. Defendant opposed an extension, and Plaintiff replied to Defendant's response. *See* Dkt. Nos. 33, 34. Plaintiff improperly noted her motion for June 16, 2023. *See* Dkt. No. 32; LCR 7(d)(2)(A) ("[Motions for relief from a deadline] may be noted for consideration no earlier than the second Friday after filing and service of the motion."). Although the proper noting date under LCR 7(d)(2)(A) should be June 23, 2023, the Court now considers Plaintiff's motion given that the parties have completed briefing on this issue.

Plaintiff seeks an extension because she needs more time to find an attorney and, as a pro se litigant, requires more time to prepare her reply. Dkt. No. 32 at 2. Plaintiff requests an 18-day extension, "but is open to any date the Court deems appropriate[.]" *Id.* Defendant argues Plaintiff fails to establish good cause for an extension and "the requested delay will cause further prejudice to [Defendant], who has had a motion to dismiss pending since January 23, 2023." But beyond the continued passage of time, which the Court takes seriously, Defendant fails to identify any specific prejudice. Dkt. No. 33 at 1. Because Plaintiff proceeds pro se, the Court finds good cause for a relatively brief delay to address the Court's abstention questions. Thus, the Court grants Plaintiff a one-week extension.

Accordingly, the Court GRANTS Plaintiff's motion for an extension of time and ORDERS Plaintiff to file her reply to Defendant's response by June 26, 2023. The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at that party's last known address.

Dated this 16th day of June, 2023.

Jamal N. Whitehead
United States District Judge