The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NICOLE JOHNSON,

    Plaintiff,

v.

SEATTLE UNIVERSITY, a corporation,

    Defendant.

Case No. 2:23-cv-00091-JNW

NOTICE OF SETTLEMENT OF ALL CLAIMS AGAINST ALL PARTIES

Pursuant to LCR 11(b), notice is hereby given that all claims against all parties in this action have been resolved by settlement. Any trials or other hearings in this matter may be stricken from the court calendar. This notice is being filed with the consent of all parties. The parties will promptly file a stipulated motion for dismissal and proposed order for dismissal.

/
/
/
/
/
/
/

NOTICE OF SETTLEMENT OF ALL CLAIMS AGAINST ALL PARTIES
(Case No. 2:23-cv-00091-JNW) - 1
4881-8464-6251.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

DATED: June 20, 2023.

By: *s/Michael Porter*
Michael Porter, WSBA No. 37339

By: *s/KC Hovda*
KC Hovda, WSBA No. 51291

MILLER NASH LLP
605 5th Ave S, Suite 900
Seattle, WA 98104
Tel: (206) 624-8300
Fax: (206) 340-9599
Email: michael.porter@millernash.com
          kc.hovda@millernash.com

Attorneys for Defendant Seattle University

NOTICE OF SETTLEMENT OF ALL
CLAIMS AGAINST ALL PARTIES - 2
(Case No. 2:23-cv-00091-JNW)
4881-8464-6251.1

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing all parties of record. Additionally, a copy of the foregoing was served via email onto to the following:

Nicole Johnson
Eastbourne2022@gmail.com

Plaintiff Pro Se

Under the laws of the United States of America and the state of Washington, the undersigned hereby declares, under the penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge.

EXECUTED this 20th day of June, 2023, at Arlington, Washington.

/s/Yolanda Luna
Yolanda Luna, Legal Assistant
Yolanda.Luna@millernash.com

NOTICE OF SETTLEMENT OF ALL
CLAIMS AGAINST ALL PARTIES - 3
(Case No. 2:23-cv-00091-JNW)
4881-8464-6251.1

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104