The Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NICOLE JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE UNIVERSITY, a corporation,<br><br>Defendant. | Case No. 2:23-cv-91<br><br>STIPULATED JUDGMENT OF DISMISSAL |

Plaintiff Nicole Johnson and Defendant Seattle University, stipulate that all claims that were or could have been asserted in this action have been resolved.

Based on the stipulation of the parties, IT IS ORDERED AND ADJUDGED that:

This action is dismissed with prejudice and without an award of costs or attorney fees to either party.

_____
Jamal N. Whitehead
United States District Judge

STIPULATED JUDGMENT
OF DISMISSAL - 1
(Case No. 2:23-cv-00091-JNW)
4886-2884-9259.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

*Approved as to form and content:*

| NICOLE JOHNSON | MILLER NASH LLP |
|---|---|
| */s/Nichole Johnson* | */s/KC Hovda* |
| Nicole Johnson | Michael Porter, WSBA No. 37339 |
| Plazza 4 Novembre, 2 | KC Hovda, WSBA No. 51291 |
| Lastra a Signa, Fi Italia | MILLER NASH LLP |
| Eastbourne2022@gmail.com | 605 5th Ave S, Suite 900 |
| | Seattle, WA 98104 |
| *Pro se* Plaintiff | Tel:  (206) 624-8300 |
| | Fax: (206) 340-9599 |
| | Email: michael.porter@millernash.com |
| |             kc.hovda@millernash.com |
| | |
| | Attorneys for Defendant Seattle University |

STIPULATED JUDGMENT
OF DISMISSAL - 2
(Case No. 2:23-cv-00091-JNW)
4886-2884-9259.1

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing all parties of record. Additionally, a copy of the foregoing was served via email onto to the following:

Nicole Johnson
Eastbourne2022@gmail.com

Plaintiff Pro Se

Under the laws of the United States of America and the state of Washington, the undersigned hereby declares, under the penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge.

EXECUTED this 20th day of June, 2023, at Arlington, Washington.

/s/Edgar Y. Rosales
Edgar Y. Rosales, Legal Assistant
edgar.rosales@millernash.com

STIPULATED JUDGMENT
OF DISMISSAL - 3
(Case No. 2:23-cv-00091-JNW)
4886-2884-9259.1

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104